JABE DILLON V. STATE OF NEBRASKA.

FILED FEBRUARY 6, 1894.   No. 6223.

Criminal Law: REVIEW. In order to secure a review in this court of alleged errors occurring at the trial, such errors must be pointed out in a motion for a new trial, addressed to the district court, and a ruling obtained thereon.

ERROR to the district court for Furnas county.   Tried below before WELTY, J.

*C. C. Flansburg,* for plaintiff in error.

*George H. Hastings, Attorney General,* for the state.

POST, J.

At the April, 1893, term of the district court of Furnas county, the plaintiff in error, Jabe Dillon, was convicted of the crime of assault with intent to inflict great bodily injury, and which he now seeks to reverse by means of a petition in error addressed to this court.   In his petition numerous errors are alleged, all of which refer to rulings during the trial before the district court.   We find accompanying the transcript a paper entitled, "Motion for a New Trial," in which the grounds stated are substantially the same as those assigned in the petition in error.   It does not appear, however, to have been filed in the district court, nor is there anything in the record to indicate that it was ever passed upon by that court.   The settled rule is, that in order to secure a review in this court of alleged

errors occurring at the trial, such rulings must be assigned in a motion for a new trial, addressed to the trial court, and a ruling obtained thereon. (See *Gibson v. Arnold*, 5 Neb., 186; *Simpson v. Gregg*, 5 Neb., 238; *Harrington v. Latta*, 23 Neb., 84; *Miller v. Antelope County*, 35 Neb., 237.) It follows that the petition in error must be dismissed and the judgment of the district court

AFFIRMED.